B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rojas Concrete, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4202303** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6531 South State Street**<br>**Chicago, IL**<br>ZIP Code **60637** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rojas Concrete, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rojas Concrete, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 3122099**
Printed Name of Attorney for Debtor(s)

**Law Offices of Joel A. Schechter**
Firm Name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**

Address

        **Email: joelschechter@covad.net**
**312-332-0267  Fax: 312-939-4714**
Telephone Number

**December 23, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Oscar Rojas**
Signature of Authorized Individual

**Oscar Rojas**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 23, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rojas Concrete, Inc.**                                     Case No.
                          Debtor(s)                                 Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Carpenters' Welfare Funds**<br>c/o Whitfield McGann & Ketterman<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 | **Carpenters' Welfare Funds**<br>c/o Whitfield McGann & Ketterman<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 | **pension and welfare contributions** | **Disputed** | 72,912.38 |
| **Cement Masons Union Local #502**<br>739 S. 25th Avenue<br>Bellwood, IL 60104 | **Cement Masons Union Local #502**<br>739 S. 25th Avenue<br>Bellwood, IL 60104 | **late charges for contributions** | **Disputed** | 14,278.78 |
| **Chicagoland Survey Company**<br>c/o Law Office of Ronald Hennings<br>P.O. Box 4106<br>Saint Charles, IL 60174 | **Chicagoland Survey Company**<br>c/o Law Office of Ronald Hennings<br>P.O. Box 4106<br>Saint Charles, IL 60174 | **surveyor fees** | **Disputed** | 11,090.00 |
| **CMC Rebar-Kankakee**<br>c/o Stephanie M. Keddy<br>20 N. Wacker Dr., Suite 910<br>Chicago, IL 60606 | **CMC Rebar-Kankakee**<br>c/o Stephanie M. Keddy<br>20 N. Wacker Dr., Suite 910<br>Chicago, IL 60606 | **materials** |  | 70,821.41 |
| **Dora Contreras**<br>11845 Craw Avenue<br>Chino, CA 91710 | **Dora Contreras**<br>11845 Craw Avenue<br>Chino, CA 91710 | **loans to business** |  | 25,000.00 |
| **Efrain Rojas**<br>5840 W. 82nd Street<br>Burbank, IL 60459 | **Efrain Rojas**<br>5840 W. 82nd Street<br>Burbank, IL 60459 | **unpaid wages and reimbursement of expenses** |  | 80,000.00 |
| **GMAC**<br>c/o CCB Credit Services<br>5300 South 6th Street<br>Springfield, IL 62703-5184 | **GMAC**<br>c/o CCB Credit Services<br>5300 South 6th Street<br>Springfield, IL 62703-5184 | **voluntary return of vehicle deficiency balance** | **Disputed** | 29,679.83 |
| **Illinois Dept of Employment Securit**<br>P.O. Box 80341<br>Chicago, IL 60680-3412 | **Illinois Dept of Employment Securit**<br>P.O. Box 80341<br>Chicago, IL 60680-3412 | **unemployment insurance contributions** | **Disputed** | 125,997.65 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Rojas Concrete, Inc.**  Case No.
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operations** P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | **Internal Revenue Service Centralized Insolvency Operations** P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | **Form 941, 3rd & 4th qtr, 2008; 1st, 3rd & 4th qtrs, 2009; 1st-4th qtrs, 2010; 2nd qtr, 2011; Form 940, 2009 & 2010** | **Disputed** | 359,380.84 |
| **Jose Duran** c/o Efrain Rojas 5840 W. 82nd Street Burbank, IL 60459 | **Jose Duran** c/o Efrain Rojas 5840 W. 82nd Street Burbank, IL 60459 | loans to business | | 40,000.00 |
| **Laborers' Pension & Welfare Funds** 11465 W. Cermak Road Westchester, IL 60154-5768 | **Laborers' Pension & Welfare Funds** 11465 W. Cermak Road Westchester, IL 60154-5768 | pension & welfare contributions | **Disputed** | 44,467.33 |
| **McCann Industries, Inc.** 38951 Eagle Way Chicago, IL 60678 | **McCann Industries, Inc.** 38951 Eagle Way Chicago, IL 60678 | materials | | 23,534.60 |
| **National Union Fire Insurance** c/o Golan & Christie, LLP 70 West Madison Street, Suite 1500 Chicago, IL 60602 | **National Union Fire Insurance** c/o Golan & Christie, LLP 70 West Madison Street, Suite 1500 Chicago, IL 60602 | | **Disputed** | 48,313.00 |
| **New Hampshire Insurance Company** c/o Lathrop & Gage DC 1300 Eye Street, NW, Suite 1050 Eas Washington, DC 20005 | **New Hampshire Insurance Company** c/o Lathrop & Gage DC 1300 Eye Street, NW, Suite 1050 Eas Washington, DC 20005 | insurance premium | **Disputed** | 28,894.00 |
| **Oscar & Efrain Rojas** 6531 South State Street Chicago, IL 60637 | **Oscar & Efrain Rojas** 6531 South State Street Chicago, IL 60637 | unpaid rent | | 95,600.00 |
| **Oscar Rojas** 5115 W. 82nd Street Burbank, IL 60459 | **Oscar Rojas** 5115 W. 82nd Street Burbank, IL 60459 | unpaid wages | | 80,000.00 |
| **Prairie Material** 5185 Paysphere Circle Chicago, IL 60674 | **Prairie Material** 5185 Paysphere Circle Chicago, IL 60674 | materials | | 227,961.21 |
| **Seven D Construction** 2000 West 43rd Street Chicago, IL 60609 | **Seven D Construction** 2000 West 43rd Street Chicago, IL 60609 | loans | | 160,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Rojas Concrete, Inc.**                                               Case No.

   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Society Insurance**<br>**c/o Kohner Mann & Kailas, S.C.**<br>**4650 N. Port Washington Road**<br>**Milwaukee, WI 53212** | **Society Insurance**<br>**c/o Kohner Mann & Kailas, S.C.**<br>**4650 N. Port Washington Road**<br>**Milwaukee, WI 53212** | | **Disputed** | 40,000.00 |
| **Stevenson Crane Service**<br>**410 Stevenson Drive**<br>**Bolingbrook, IL 60440** | **Stevenson Crane Service**<br>**410 Stevenson Drive**<br>**Bolingbrook, IL 60440** | materials | | 13,093.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 23, 2011**                              Signature    **/s/ Oscar Rojas**
                                                                      **Oscar Rojas**
                                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A,T & T Wireless
c/o Virtuoso Sourcing Group
P.O. Box 5818
Denver, CO 80217-5818


Alejandro Leon
1813 W. Armitage Avenue
Chicago, IL 60622


Anthony G. Raimondo
Raimondo, Callahan & Associates
2064 S. River Rd., Suite 202
Des Plaines, IL 60018


Authentic Business Systems, Inc.
9217 Gulfstream Road, Suite 102
Frankfort, IL 60423


Auto Owners Insurance
c/o Caine & Weiner
1699 E. Woodfield Road
Schaumburg, IL 60173-4947


Barr Management/Devon Financial
6408 N. Western Avenue
Chicago, IL 60645


BMO Harris, N.A.
3800 Golf Road
Suite 300
Rolling Meadows, IL 60008


Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365-5010


Capital One Services, LLC
c/o Nelson Watson & Associates, LLC
80 Merrimack St., Lower Level
Haverhill, MA 01830


Capital One Services, LLC
c/o Nelson Watson & Associates, LLC
P.O. Box 1299
Haverhill, MA 01831-1799

Carlos Aguayo
4031 W. 57th Street
Chicago, IL 60629


Carpenters' Welfare Funds
c/o Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601


CCB Credit Services, Inc.
P.O. Box 272
Springfield, IL 62705-0272


Cement Masons Union Local #502
739 S. 25th Avenue
Bellwood, IL 60104


Chicagoland Survey Company
c/o Law Office of Ronald Hennings
P.O. Box 4106
Saint Charles, IL 60174


City of Chicago
Department of Revenue
118 North Clark Street
Chicago, IL 60601


City of Haltom, TX
c/o Municipal Services Bureau
P.O. Box 16755
Austin, TX 78761-6755


CMC Rebar-Kankakee
c/o Stephanie M. Keddy
20 N. Wacker Dr., Suite 910
Chicago, IL 60606


Dayton Superior Corporaton
2150 W. Jeffery Street
Kankakee, IL 60901


Dora Contreras
11845 Craw Avenue
Chino, CA 91710

```
Efrain Rojas
5840 W. 82nd Street
Burbank, IL 60459


Ford Motor Credit Company
P.O. Box 6508
Mesa, AZ 85216-6508


Ford Motor Credit Company
c/o Freedman Anselmo Lindberg
1807 W. Diehl, P.O. Box 3107
Naperville, IL 60566


Ford Motor Credit Company
c/o Freedman Anselmo Lindberg
1807 W. Diehl Rd, P.O. Box 3107
Naperville, IL 60566


Ford Motor Credit Company
Dept. 194101
P.O. Box 55000
Detroit, MI 48255-1941


Forming America, Inc.
1200 N. Prince Crossing Road
West Chicago, IL 60185


Freedman, Anslemo & Lindberg LLC
1807 W. Diehl, P.O. Box 3107
Naperville, IL 60566


Gabriel B. Antman
77 West Washington Street
Suite 719
Chicago, IL 60602


GMAC
c/o CCB Credit Services
5300 South 6th Street
Springfield, IL 62703-5184


Harleysville Deductible Recovery
NW 7997-P.O. Box 1450
Minneapolis, MN 55485-1450
```

```
Harleysville Deductible Recovery Gr
P.O. Box 962
Coraopolis, PA 15108


Hector Aguayo, Jr.
4031 W. 57th Street
Chicago, IL 60629


Hector Aguayo, Sr.
4031 W. 57th Street
Chicago, IL 60629


Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002


Hilti, Inc.
5400 South 122nd East Ave.
Tulsa, OK 74146


Illinois Dept of Employment Securit
P.O. Box 80341
Chicago, IL 60680-3412


Illinois Dept of Employment Securit
33 South State Street
Chicago, IL 60603-2802


Illinois State Toll Hwy Authority
c/o NCO Financial Systems, Inc.
600 Holiday Plaza Dr., Suite 300
Matteson, IL 60443


Indiana Casualty
c/o Joseph H. Powalowski
721 E. Madison, Suite 200
Villa Park, IL 60181


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126,M/S N781
Philadelphia, PA 19114
```

```
Internal Revenue Service
Dept. of the Treasury
Cincinnati, OH 45999-0039


Internal Revenue Service
230 South Dearborn Street
Chicago, IL 60604-1505


Ironworkers Local 1
7700 Industrial Drive
Forest Park, IL 60130


Jose Duran
c/o Efrain Rojas
5840 W. 82nd Street
Burbank, IL 60459


King Cut Concrete Cutters, Inc.
5400 Fieldstone Way
McHenry, IL 60051


Laborers' Pension & Welfare Funds
11465 W. Cermak Road
Westchester, IL 60154-5768


Magali Mercado
6209 S. Kolmar Avenue
Chicago, IL 60629


Mages & Price
707 Lake Cook Road
Suite 314
Deerfield, IL 60015


McCann Industries, Inc.
38951 Eagle Way
Chicago, IL 60678


Midwest Welding Supply
c/o Law Offices of Joel Cardis, LLC
2006 Swede Road, Suite 100
Norristown, PA 19401
```

Municipal Services Bureau
P.O. Box 16755
Austin, TX 78761-6755


National Union Fire Insurance
c/o Golan & Christie, LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602


NCO Financial Systems, Inc.
P.O. Box 4912
Dept 980
Trenton, NJ 08650-4912


New Hampshire Insurance Company
c/o Lathrop & Gage DC
1300 Eye Street, NW, Suite 1050 Eas
Washington, DC 20005


Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139


O'Leary's Contractors Equipment
1031 N. Cicero
Chicago, IL 60651


Oscar & Efrain Rojas
6531 South State Street
Chicago, IL 60637


Oscar Rojas
5115 W. 82nd Street
Burbank, IL 60459


Parker Concrete Placement, Inc.
21W171 Hill Avenue
Glen Ellyn, IL 60137


Patrick T. Wallace
111 West Jackson Blvd, Suite 1415
Chicago, IL 60604

Peoples Gas
130 E. Randolph Street
Chicago, IL 60601


Peoples Gas
Bill Payment Center
Chicago, IL 60687


Pitney Bowes Global Financial Servi
2225 American Drive
Neenah, WI 54596-1005


Prairie Material
5185 Paysphere Circle
Chicago, IL 60674


Richard J. Wolf & Company, Inc.
P.O. Box 591
Palos Park, IL 60464


Seven D Construction
2000 West 43rd Street
Chicago, IL 60609


Society Insurance
c/o Kohner Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212


State Bank of Countryside
c/o Deutsch Levy & Engel
225 W. Washington St., Suite 1700
Chicago, IL 60606


Stevenson Crane Service
410 Stevenson Drive
Bolingbrook, IL 60440


The Blue Book of Building & Constru
P.O. Box 500
Jefferson Valley, NY 10535


Transworld Systems
1375 East Woodfield Rd #110
Schaumburg, IL 60173

```
Travelers
Dept. 12787
P.O. Box 5660333
Dallas, TX 75266-0333


Travelers Casualty Insurance Co.
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317


Travelers Propety Casualty Company
2420 Lakemont Avenue
P.O. Box 3556
Orlando, FL 32802-3556


Wells Fargo Financial Leasing
Leasing Customer Service
MAC F4031-050, 800 Walnut Street
Des Moines, IA 50309-3605


Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434


Ynez Villarreal
16 E. Nevada
Glendale Heights, IL 60139
```